IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOSE HERNANDEZ-HERNANDEZ,<br><br>    *Defendant*. | No. 1:06-cr-0312 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>Date : February 26, 2007<br>Time: 9:00 a.m.<br>Dept : Hon. Anthony W. Ishii |

On January 30, 2007, the parties in the above filed action filed the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 5, 2007, may be continued to **February 26, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel for ongoing defense preparation and transition of counsel.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: January 30, 2007    McGREGOR W. SCOTT
                  United States Attorney


                  /s/ Steven M. Crass
                  STEVEN M. CRASS
                  Assistant U.S. Attorney
                  Attorney for Plaintiff

Stipulation to Continue Status Conference

|  |  |
|---|---|
| DATED:  January 30, 2007 | DANIEL J. BRODERICK<br>Federal Defender |
|  | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 30, 2007**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE